*Entry on tables w/ fees ones f etc.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

6:23-cv-159-WWB-DAB

| | |
|---|---|
| Roland Pelletier <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> St of Fl <br> Brevard County ET AL <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. TBD <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

FILED 2023 JAN 30 AM 11:38 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(~~Non~~-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Roland Pelletier
  Address: 8600 Camp Rd
  City: Cocoa  State: FL  Zip Code: 32927
  County: Brevard
  Telephone Number:
  E-Mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Fl Dept of health
  Job or Title (if known):
  Address: 611 Singleton Rd
  City: Titusville  State: FL  Zip Code: 32927
  County: Brevard
  Telephone Number:
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

  Defendant No. 2
  Name: Chief Singleton
  Job or Title (if known): Jail administrator
  Address: 760 Park ave
  City: Titusville  State: FL  Zip Code: 32780
  County: Brevard
  Telephone Number:
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: YCS Care
Job or Title (if known): Medical provider
Address: 860 Camp Rd
City: Cocoa   State: Fl   Zip Code: 32927
County: Brevard
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Wayne Ivey
Job or Title (if known): Sheriff
Address: 700 Park Ave
City: Titusville   State: Fl   Zip Code: 32780
County: Brevard
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Deportment of 8th, 14th amendment, Poor mgmt. Practice, Intentional infliction of emotional Distress, Violation Conditions, Cruel Unusual Punishment, medical negligence, malpractice

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deliberate acts Deliberate Indifferences

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See Attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

See attached

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Injuries all not Identified yet due to medical neglect and delayed testing as well as unknown due to Risks of contracting air borne Illnesses or diseases. Also as for wrist injuries sustained multiple times nr testing yet but on x-ray list and nurse russell stated he believes pinch nerve in left wrist or fracture as for spinal and elbow injury unknown due to no testing and put on "list" to see provider.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Injunction on all Brevard county medical Providers as well as all officials. Punitive and monetary TBD by the courts post proper medical treatment and adequate medical care and any favorable sua sponte determined by the courts in favor of the Plaintiff. Also for federal courts to ensure no IRREPARABLE Injury occurs as Plaintiff has shown lack of care and concern and Refusal by officials to provide Records and US courts can Subpoena Records and footage under Penalty of Perjury.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-43-23

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Roland Pelletier

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
             *City*     *State*     *Zip Code*
Telephone Number: _____
E-mail Address: _____


1 of 2

410 Echo, 500 Echo 500-delta Health Safety Risks

January 12, 2023 around 4pm I/m return from rec. Sweaty I/m on tables all the way to Dinner at 4:50pm including during food pass art officers Stanlake and officer Tyler. 5:15pm slip and fell from shower water leaking into cell and from carrots from I/m eating in cell bc of dirty tables injuring my back. I put in requests that wasn't answered even post telling corporal at sally port around 5:30pm until Corporal Courtney acted on it around 10pm Went to medical no brace, no care just a couple of advils and put on famous Dr. List that takes months to be seen. Upon entry of 500 Echo extremely dirty tables, floors bathroom, clogged sink closest to door. Vomit in urinal, feces in between dust particle build ups on floors and walls no sanitizer in dispenser. I complained to Officer Lombardo who worked chain of commands and got me moved to 500 Delta Around 11AM on 1-13-23 officer Quinones told me class. fication wanted me to go back to 500 Echo upon entry of Echo I/m sleeping on bare mattresses. Tables STILL soiled from night before and smells like a port-a-potty outhouse/Latrine. I grieved this and was moved back to 500 delta

It also should be noted this is the "Detox" pod as well I/m fresh from streets with possible illnesses as well as consistently vomiting, bowel movements both voluntary and involuntary both in toilets and other areas increasing airborne illnesses communicable illnesses, diseases etc. Also Both 500 Echo and 500 Delta has black mold and/or dust particles built up throughout unit both in bathroom areas and walls as well as air flow vents Also to add to the negligence of the jail while in 400 Echo the corner of Basketball court is used for urinating during Recreation and the walls and ground is moldy and soiled as well and I/m are forced to play barefooted or with flip flops and wall under hoop is stucco not padded I am curious as to how many people has been injured or become sick to these elements. At 10:26pm on 1-12-23 nurse was w/o mask interacting w/ inmates. During first 20 minutes There was Sgt Santos, Wagoner, Corporal Courtney and Hommel all present with no enforce of sanitization of tables. Vomit in urinal as well. Totally unacceptable. 1-13-23 10:13pm for at least 30 minutes multiple nurses w/ no masks on, lack of sanitization and precautions w/ both doors from Echo and Delta open allowing airflow into each unit and pre poured cups of water all I/m have access well. All health safety security risks.

1 of 3

August 6th 2022 — All of the following has been documented in both jails

Sgt Libby and multiple guards used unreasonable sadistic excessive force upon entry of Penobscot County jail. I sustained a head injury of some sort yet to be identified and or proper testing to be performed to identify. I also sustained an injury to my teeth breaking multiple teeth. I yet have seen a dentist I also suffered facial pain, neck pain and headaches. All injuries have not been identified.

August 24th 2022
I stated these injuries to Sgt Christopher Wood and Deputy Ben Brown these Deputies Also neglected my injuries. Also they put me at involuntary exposure/Risks of Covid by them forcefully removing my mask prior to departure of Penobscot county jail. I went through 2 Airports un masked as well as neglected by there lack of concern to ensure medical treatment upon entry of BCJC Also once at Broward county Jail Corporal Moore Inflicted intentional emotional distress by placing me in the mental health acute unit stripping me naked and forcing the newly acquired Covid mask to be removed. Then Corporal Berger issued me a urinated mattress forcing me to sleep on. Not at anytime was I belligerent or defiant nor Did I say or act as if I was going to hurt myself. On August 25th
 ...was placed into GP in a 8 man cell w/ 2 other



2 of 3

inmates already housed in there. It should be noted that this cell had multiple species of mold in it. It should also be noted I have agility issues and have life long injuries and one wrong move, fall etc I can be wheel chair handicapped permanently on disability and unable to pursue goals and life. Also in the cells atmisphere there is no direct access to light switch and no direct contact w/ jail officials in case of medical event or any other emergency. It should also be noted that I have PTSD from cellmate successfully commiting suicide from negligence of another jail and jail officials lack of ... I also have cardiac issue and have had multiple events since August 24. Once in sept of 177/100+ another of 180/118 and yet again I am behind the door again Also on october 3rd –

Officer Gordon attached unreasonably, sadistically and maliciously tight w/o Double lock and upon asking and stating such issue I was threatened with the "Box" worsened confinment. Thus I waited to get back to my housing unit were Off. Guzman witnessed the grooves and abrasions. I also reported this to officer Corporal Courtney and again on the 4th of october and was moved to main building and again was fastened into tight hand cuffs by off Vanhessen (?spelling) and forced to carry my matress also was ...ed by Deputy Vanhessen es well upon entry

of 500 Delta OFC Spord took note and witnessed the markings. This is all documented on kiosk and official record of the jail and witnessed by Security Cameras as well.

December 29 ¹¹ AM roughly — Another cruel deliberate act by official. Officer again put handcuffs on me to see Ms. Jessica AS the mental health provider to make her aware of the enhanced PTSD symptoms as well as anxiety of being targeted by officials also requesting adequate mental health and medical accomodations to be housed in open dorm I had handcuffs on for 5 minutes and again another abrasion and aggravated injury. Corporal Bertrand and Sgt Rodriguez and nurse Frenchie witnessed this and put me on a "list" to see provider. It should be noted that I have supposedly been on the list for weeks/months to no prevail. There has been other intentional infliction of pain and emotional distress. Also intentional provoking incidents in my mind to provoke me to get a "REAL" charge as they ALL know I am facing false, fabricated charges. Based on just these few documented issues and events I ask for immediate protection from abuse and or physical harm as well as risks of future irreparable injuries either physically or mentally.